STATE OF CONNECTICUT *v.* ROBERTO MORALES

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 184 (AC 11565), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that, under the circumstances of this case, the proper test for ruling on the defendant's motion to dismiss, under article first, § 8, of the Connecticut constitution, was the test articulated in *Arizona* v. *Youngblood,* 488 U.S. 51 (1988)?

"2. If the answer to question (1) is yes, did the Appellate Court properly conclude, under the circumstances of this case, that: (a) a motion to dismiss was a proper remedy for the alleged failure of the state to preserve potentially exculpatory evidence; and (b) a different standard would apply to a motion to suppress evidence based on the same conduct of the state?"

The Supreme Court docket number is SC 14908.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

*Donald A. Browne,* state's attorney, in opposition.

Decided March 17, 1994

WILLIAM V. GABRIELLE *v.* HOSPITAL OF
ST. RAPHAEL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 378 (AC 11346), is denied.

*Lawrence S. Dressler,* in support of the petition.

*Jeremy G. Zimmerman* and *Merton G. Gollaher,* in opposition.

Decided March 17, 1994